UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD GORDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26 CV 937 CDP |
| | ) | |
| CORY AIONO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER TO SHOW CAUSE</u>**

Defendant BPV Market Place Investors, LLC, removed this action from the

Circuit Court of the City of St. Louis, Missouri, on June 12, 2026, pursuant to 28

U.S.C. § 1441(a), invoking this Court's original diversity jurisdiction under 28

U.S.C. § 1332.   BPV filed an amended notice of removal on June 23 to cure

jurisdictional defects from its original notice.   On May 20, 2026, before removal,

co-defendant Cory Aiono was served with plaintiff's state-court petition.   To date,

Aiono has not joined in or otherwise consented to removal of this action to this

Court.   I will therefore direct BPV to show cause why this action should not be

remanded to state court pursuant to 28 U.S.C. § 1446(b)(2)(A) for lack of

unanimity in removal.[1]

---

[1] "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action."

Accordingly,

**IT IS HEREBY ORDERED** that **within seven (7) days of the date of this Order**, defendant BPV Market Place Investors, LLC, shall show cause why this action should not be remanded to state court for lack of unanimity in removal as required under 28 U.S.C. § 1446(b)(2)(A).

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2026.

- 2 -